IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2024 AUG 20 AM 11: 10
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SEALED** |
| Plaintiff, | 4:24CR3073 |
| vs. | INDICTMENT |
| MARCUS REED OHORO, | 21 U.S.C. §841(a)(1),(b)(1) |
| Defendant. | |

The Grand Jury charges that:

<u>COUNT I</u>

On or about March 6, 2024, in the District of Nebraska, Defendant MARCUS REED OHORO did knowingly and intentionally distribute a detectable amount of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, which resulted in serious bodily injury to Victim 1.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
SARA E. FULLERTON #18314
Assistant United States Attorney

1